**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                      General Court Number
Clerk                                                                                           415.522.2000

**March 14, 2006**

**CASE NUMBER:  CV 06-00397 EDL**
**CASE TITLE:  INTERNET ARCHIVE-v-UZANNE SHELL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/14/06

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                   Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                           Special Projects
Log Book Noted                                          Entered in Computer 3/14/06ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA